196 P.3d 322

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | |
|---|---|---|---|
| Department of Human Services v. Nuuanu Hale | 27975 | 11/19/2008 | Reversed & affirmed |
| Cornelio v. State | 28684 | 11/25/2008 | Vacated & remanded |